Robert J. Tuerck, State Bar No. 255741
JACKSON & TUERCK
429 Main Street, Suite C
P.O. Box 148
Quincy, CA 95971
Tel: (530) 283-0406
Fax: (530) 283-0416
E-mail: bob@jacksontuerck.com

Andrew L. Packard, State Bar Number 168690
Erik M. Roper, State Bar No. 259756
LAW OFFICES OF ANDREW L. PACKARD
100 Petaluma Boulevard, Suite 301
Petaluma, CA 94952
Tel: (707) 763-7227
Fax: (707) 763-9227
E-mail: andrew@packardlawoffices.com

Attorneys for Plaintiff CALIFORNIA
SPORTFISHING PROTECTION ALLIANCE

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE<br><br>Plaintiff,<br><br>v.<br><br>NORTH STATE RENDERING, CO., INC., et al.<br><br>Defendant. | CASE NO. 2:10-CV-01428-GEB-FEB<br><br>**STIPULATION AND PROPOSED ORDER EXTENDING THE DATE OF STATUS CONFERENCE AND STATUS REPORT**<br><br>Judge: Hon. Garland E. Burrell, Jr. |

  Plaintiff California Sportfishing Protection Alliance ("CSPA") and Defendants North State Rendering, Co., Inc. and Christopher J. Ottone (collectively "North State"), hereby stipulate to the following:

  Defendants have received a true and accurate copy of the copy of the Complaint, as well as a copy of Notice of Availability of a Magistrate Judge to Exercise Jurisdiction and Appeal

Instructions, Notice of Availability of Voluntary Dispute Resolution, and this Court's June 11, 2010 Order Setting Status Conference. Defendants' waiver of the Service of the Summons was filed on October 1, 2010.

Counsel for CSPA and North State are presently discussing settlement terms and have made progress towards resolving this case without further judicial involvement. Thus, the parties hereby stipulate to extending the date of the Status (Pretrial Scheduling) Conference set for October 18, 2010 at 9:00 AM., and the associated Status Report that is due fourteen days prior to such Status Conference, as the parties would prefer to focus their resources on resolving this case. As such, the parties respectfully request a 60-day extension of Status (Pretrial Scheduling) Conference and associated Status Report.

Respectfully Submitted,

DATED:  October 4, 2010                                      JACKSON & TUERCK

/s/ Robert J. Tuerck
(As authorized October 1, 2010)
Robert J. Tuerck
Attorney for Plaintiff
CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE

DATED:  October 4, 2010                                      LELAND, SCHULTZ & MORRISSEY, LLP

/s/ Andrew J. Morrissey
Andrew J. Morrissey
Attorney for Defendants
NORTH STATE RENDERING, CO., INC., and CHRISTOPHER J. OTTONE

# ORDER

Based upon the foregoing, the Status Conference originally set for October 18, 2010 at 9:00 AM. is continued to **January 18, 2011 at 9:00 AM.** The parties shall file a Joint Status Report with the court no later than fourteen (14) days prior to the scheduled conference.

**Date:  10/5/2010**

_____
GARLAND E. BURRELL, JR.
United States District Judge