1

2

3

4

5

6

7

8 IN THE UNITED STATES DISTRICT COURT

9 FOR THE EASTERN DISTRICT OF CALIFORNIA

10 CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE,
11
        Plaintiff,                    No. CIV S-10-1428 KJM-EFB
12
    vs.
13
NORTH STATE RENDERING, CO.,
14 INC., et al,

15         Defendants.
                               O̲R̲D̲E̲R̲
16 _____/

17         On May 25, 2011, the parties informed the court that they had settled the

18 abovecaptioned matter. In accordance with 33 U.S.C.A. § 1365 (c)(3), the parties submitted their

19 proposed consent decree to the Department of Justice ("DOJ").  On July 8, 2011, the court

20 received a letter from the DOJ wherein it noted that the consent agreement's description of

21 remedial project locations is broad and may result in remedial projects without a nexus to the

22 alleged violation.  ECF 19.  Other than the preference for a more targeted project description, the

23 DOJ has no objections to the court approving the consent judgment.  *Id*.  On June 15, 2011, the

24 parties submitted a joint stipulation requesting the court approve the consent agreement and

25 dismiss the case.  ECF 20.  Before approving the consent agreement, the court requests the

26 parties submit a joint statement addressing the DOJ's concerns regarding the broad region

1   covered in the consent agreement and how projects supported by the settlement payments in this

2   instance will have a nexus to the alleged violations.  The joint statement shall be submitted to the

3   court no later than August 22, 2011.

4                      IT IS SO ORDERED.

5   DATED:  August 11, 2011.

6

7                                                      UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26